**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for the Plaintiffs*
*and the Proposed Settlement Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TOMEKA BARROW and ANTHONY DIAZ, Individually and One Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendants | File No.: 1:16-cv-03577-AT<br><br>**DECLARATION OF ANTHONY DIAZ IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>JUDGE: Hon. Amy Totenberg |

1

## DECLARATION OF ANTHONY DIAZ

**I, ANTHONY DIAZ, declare:**

1. I am one of the named Plaintiffs in this above-captioned action against JPMorgan Chase Bank, N.A. ("Defendant" or "JPMC").
2. If called as a witness, I would competently testify to the matters herein from personal knowledge.
3. I am filing this Declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class.
4. I joined this lawsuit as a plaintiff against JPMC on March 21, 2017.
5. I, along with my co-plaintiff, Tomeka Barrow, have agreed to a class action settlement with JPMC with the assistance of my attorneys.
6. I have reviewed the settlement agreement and I have discussed it with my attorneys.
7. I understand that as part of the settlement, JPMC will provide for a settlement fund of $2,250,000, from which payments to the settlement class members who submit a timely and valid claim form will be made.
8. I believe the settlement is fair and reasonable, taking into account the highly contested issues, as well as the risks, uncertainty, and costs of further litigation of this lawsuit which I understand has not yet been certified as a class action.
9. I am willing to serve as a class representative and desire to be appointed as such for purposes of the settlement. I understand the obligations of serving as class representative, have, and will adequately, represent the interests of the settlement class members.
10. I understand my tasks as a class representative and I have participated throughout the litigation against JPMC in the belief I was helping all other persons similarly situated. I met with my attorneys for the initial

consultation, participated in calls regarding fact-finding efforts with my attorneys, served written discovery requests on Defendant and also responded to written discovery requests from Defendant, and now submit this declaration in support of preliminary approval.

11. I understand that my attorneys have requested that each Class Representatives be awarded an incentive payment of up to $5,000 to be paid from the Settlement Fund. I understand that any such award has to be approved by the Court.

12. I support the attorneys Kazerouni Law Group, APC and Hyde & Swigart's request to be confirmed as Class Counsel for purposes of this lawsuit and proceeding with the settlement.

13. It is my understanding that my attorneys have considerable experience with consumer class actions, including those that involve claims similar to the ones in this action, and that they have been appointed Class Counsel in this certified class action.

14. To my knowledge, I have no conflict with the other settlement class members or with my attorneys in this case.

15. The claims that I have asserted in the Second Amended Complaint seem to me to be very similar to the claims of my co-plaintiff and of the other settlement class members who received calls after asking not to be called by Defendant.

16. I believe that the proposed settlement satisfies all criteria for preliminary approval.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 20, 2018, pursuant to the laws of California and the United States of America.

_____
Anthony Diaz

## L.R. 7.1(D) CERTIFICATION

I hereby certify that this filing has been prepared with one of the font and point selections approved by the Court in L.R. 5.1(C)—in this case, Times New Roman, 14-point font.

                                                                                          /s/ Abbas Kazerounian

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2018, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

                                                                                          /s/ Abbas Kazerounian