# EXHIBIT E

Exhibit E – Publication Notice

**If you received autodialed calls on your cellular telephone from JPMorgan Chase Bank, N.A. ("JPMC") regarding a mortgage or home equity line of credit account between April 20, 2012 through [date of preliminary approval] and, prior to being called, you orally requested not to be called, you may be entitled to benefits under a class action settlement.**

A settlement has been reached in a class action lawsuit, *Barrow, et al. v. JPMorgan Chase Bank, N.A.*, No. 1:16-cv-03577-AT (N.D. Ga.), where plaintiffs allege that JPMC placed unwanted automated telephone calls to their cellular telephones after they orally revoked consent. JPMC denies these allegations and has asserted defenses. In agreeing to settle, JPMC does not admit any wrongdoing.

### WHO IS A CLASS MEMBER?

You may be in the Settlement Class if JPMC, or any affiliate or agent acting on its behalf, made one or more telephone calls to your cellular telephone through the use of an automatic telephone dialing system or a prerecorded or artificial voice on or after April 20, 2012, through the date of preliminary approval, regarding a mortgage or home equity line of credit account and prior to being called, you orally requested not to be called.

### SETTLEMENT TERMS

JPMC has agreed to pay $2,250,000 into a settlement fund that will cover: (1) cash payments to eligible Settlement Class Members who submit Claim Forms; (2) attorneys' fees to Class Counsel and Class Counsel's out-of-pocket expenses as approved by the Court; (3) court-approved service awards of $5,000 to each of the two named Plaintiffs for their efforts in bringing the lawsuit and representing the Settlement Class; and (4) the costs of administering the settlement. Your share of the fund will depend on the number of claims made. Class Counsel estimates you will receive approximately $101, but this is only an estimate. The $2,250,000 will be divided among Settlement Class Members who file timely, valid claims after deducting settlement expenses, service awards, and attorneys' fees and costs.

### YOUR RIGHTS AND OPTIONS

**Submit a Claim Form and W-9 Form**. To receive a cash award, you must submit a valid Claim Form and a completed W-9 Form by no later than Month XX, XXXX. Claim and W-9 Forms may be obtained on the Settlement Website, www.XXX.com, or by calling 1-XXX-XXX-XXXX. Claim and W-9 Forms must be submitted through the Settlement Website or by mail to the Claims Administrator at **Settlement Claims Administrator, P.O. Box XXXXX, City, State Zip Code**. Settlement Class Members may only submit one claim.

**Exclude Yourself**. You may also exclude yourself from the lawsuit and keep your right to sue JPMC on your own by sending a written request for exclusion to the Claims Administrator by Month XX, XXXX. If you do not exclude yourself, you will be bound by the settlement and give up your right to sue regarding the settled claims. Please see the Settlement Website, www.XXX.com, for more details.

**Object**. If you do not exclude yourself, you have the right to comment or object to the proposed settlement. Written objections must be signed, postmarked by Month XX, XXXX, and provide the reasons for the objection. Please see the Settlement Website, www.XXX.com, for more details.

**Do Nothing.** If you do nothing, you will not receive any payment and will lose the right to sue regarding any issues relating to this action. You will be considered part of the Settlement Class, and you will be bound by the Court's decisions.

**Attend the Final Approval Hearing**. The Court has set a hearing to decide whether the settlement should be approved on Month XX, XXXX at X:00 a.m. in Courtroom 2308 – 23rd Floor at the U.S. District Court for the Northern District of Georgia, located at 75 Ted Turner Drive, SW, Atlanta, GA 30303-330. All persons who timely object to the settlement by Month XX, XXXX may ask to appear at the Final Approval Hearing. The Court will also consider Class Counsel's fee request, which will be posted on the Settlement website on Month XX, XXXX.

This Notice is only a summary. Details about the settlement can be found on the website: www.XXX.com. If you have further questions, you may call the Toll-Free Settlement Hotline, 1-XXX-XXX-XXXX, where you may leave a voice message for the Settlement Administrator, or e-mail Class Counsel at Barrow@westcoastlitigation.com. **Please do not contact the Court, JPMC or JPMC's attorneys.**